**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. LaTOSHA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-968-SLP |
| | ) | |
| 1. INTERIM HEALTHCARE OF OKLAHOMA CITY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF NOVEMBER, 2018.**

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
HAMMONS GOWENS HURST & ASSOC.
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
mark@hammonslaw.com
amber@hammonslaw.com
*Attorneys for Plaintiff*

s/ James L. Gibbs, II
David Proctor, OBA #13863
James L. Gibbs, II, OBA #15689
Timothy A. Heefner, OBA #17524
Seth D. Coldiron, OBA #20041
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway, suite 400
Oklahoma City, OK 73102
405-524-2400; 405-525-6004 (Fax)
dproctor@gphglaw.com
jgibbs@gphglaw.com
theefner@gphglaw.com
scoldiron@gphglaw.com
*Attorneys for Defendant*
